# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CARTER COE, BY AND THROUGH HIS PARENT AND NEXT FRIEND, CAROLINE COE, et al., | | |
| Plaintiffs, | | Case No. 1:26-cv-04641-KPF |
| v. | | |
| TODD BLANCHE, et al., | | |
| Defendants | | |

## DEFENDANTS' NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Todd Blanche and the Department of Justice hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's order granting the motion for preliminary injunction, Dkt. 71.


RESPECTFULLY SUBMITTED, this 10th day of July, 2026.


BRETT A. SHUMATE
Assistant Attorney General

JORDAN CAMPBELL
Deputy Assistant Attorney General
SARAH WELCH
Senior Counsel to the Assistant Attorney General
JOHN BAILEY
BRANTLEY MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director

*/s/ Eugene O'Halloran*
LUKE MILLER
EUGENE O'HALLORAN
SHIMENG ZHANG
Trial Attorneys
U.S. Department of Justice
Civil Division
eugene.o'halloran2@usdoj.gov

Attorneys for Federal Defendants

# CERTIFICATE OF SERVICE

I certify that, on July 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of New York on the following:

Robert Hodgson
Gabriella Larios
Anya Weinstock
New York Civil Liberties Union
Foundation
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
rhodgson@nyclu.org
glarios@nyclu.org

Chase B. Strangio
Shana Knizhnik
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org
sknizhnik@aclu.org

Elizabeth Gill
American Civil Liberties Union Foundation
425 California Street, Suite 700
San Francisco, California 94104
Telephone: 415-343-0779
egill@aclu.org

Zachary A. Cunha
Nixon Peabody LLP
One Citizens Plaza, Suite 500

Omar Gonzalez-Pagan
Karen L. Loewy
Lambda Legal Defense and Education Fund
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Nora Huppert
Lambda Legal Defense and Education Fund
3656 N. Halsted Street
Chicago, Illinois 60613
Telephone: 312-605-3233
Facsimile: 855-535-2236
nhuppert@lambdalegal.org

A.D. Sean Lewis
Lambda Legal Defense and Education Fund
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
alewis@lambdalegal.org

Lindsay Maleson
Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY 11747
516-832-7627
Fax: 877-683-1633

Providence, RI 02903
401-454-1025
Fax: 401-454-1030
Email: zcunha@nixonpeabody.com

Email: lmaleson@nixonpeabody.com

Timothy Sini
Nixon Peabody LLP
275 Broadhollow Road
Melville, NY 11747
516-832-7655
Fax: 516-832-7555
Email: tsini@nixonpeabody.com

Dated this 10th day of July, 2026.

*/s/Eugene O'Halloran*
Eugene O'Halloran

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:26–cv–04641–KPF

Coe et al v. Blanche et al
Assigned to: Judge Katherine Polk Failla
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 06/02/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Carter Coe**
*By and through his parents and next friend Caroline Coe*

represented by **Gabriella Larios**
New York Civil Liberties Union
125 Broad Street, 19 Floor
New York, NY 10004
212–607–3354
Email: glarios@nyclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez–Pagan**
Lambda Legal Defense and Education
Fund, Inc
120 Wall Street, 19th Floor
New York, NY 10005
(212)–809–8585
Fax: (212)–809–0055
Email: ogonzalez–pagan@lambdalegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A.D. Sean Lewis**
800 S Figueroa St Ste 1260
Los Angeles, CA 90017
312–810–4880
Email: alewis@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Anne Weinstock**
New York Civil Liberties Union
125 Broad St
Fl. 19
New York, NY 10004
212–607–3395
Email: aweinstock@nyclu.org
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
New York
125 Broad St.
Ste 18th Fl.
New York
New York, NY 10004
212–284–7320
Email: cstrangio@aclu.org
*ATTORNEY TO BE NOTICED*

**Elizabeth Gill**
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
415–621–2493
Email: egill@aclunc.org

*ATTORNEY TO BE NOTICED*

**Karen Loewy**
Lambda Legal Defense & Education Fund, Inc.
815 16th St. NW, Suite 4140
Washington, DC 20006
202−804−6245
Email: kloewy@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Nora Huppert**
Lambda Legal Defense and Education Fund, Inc.
3656 N. Halsted St.
Chicago, IL 60613
847−345−2094
Email: nhuppert@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
New York Civil Liberties Union
125 Broad St. 19th Floor
New York, NY 10004
(212)−607−3317
Email: rhodgson@nyclu.org
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
917−716−0609
Email: sknizhnik@aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reed Roe**
*By and through his parents and next friend Riley Roe*

represented by **Gabriella Larios**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez−Pagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A.D. Sean Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne Weinstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Gill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Loewy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nora Huppert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Noe**
*By and through his parents and next friend Norman Noe*

represented by **Gabriella Larios**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez–Pagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A.D. Sean Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne Weinstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Gill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Loewy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nora Huppert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karl Koe**
*on behalf of themselves and all similarly situated*

represented by **Gabriella Larios**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Omar Gonzalez–Pagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A.D. Sean Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne Weinstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Gill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen Loewy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nora Huppert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay Doe**
*on behlf of themselves and all similarly situated*

represented by **Gabriella Larios**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez–Pagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A.D. Sean Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne Weinstock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Gill**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Karen Loewy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nora Huppert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shana Knizhnik**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Todd Blanche**
*In his official capacity as Acting Attorney General of the United States*

represented by **Eugene O'Halloran**
DOJ–Civ
Enforcement and Affirmative
450 5th Street NW
Washington DC, DC 20001
202−598−7976
Email: eugene.o'halloran2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Bailey**
DOJ–Civ
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave NW
Ste 3618
Washington, DC 20530
202−514−6993
Email: john.bailey@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Luke Miller**
Post Office Box 386
Washington, DC 20044−0386
202−598−7479
Email: luke.miller2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sarah Welch**
DOJ–Civ
Civil Division
950 Pennsylvania Ave.
Ste 3612
Washington, DC 22202
202−514−3180
Email: sarah.e.welch@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Justice**

represented by **Eugene O'Halloran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Luke Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYU Langone Health System**   represented by   **Timothy Sini**
Nixon Peabody LLP
275 Broadhollow Road
Melville, NY 11747
516–832–7655
Fax: 516–832–7555
Email: tsini@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary A. Cunha**
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
401–454–1025
Fax: 401–454–1030
Email: zcunha@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Maleson**
Nixon Peabody LLP
275 Broadhollow Road
Suite 300
Melville, NY 11747
516–832–7627
Fax: 877–683–1633
Email: lmaleson@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYU Langone Hospitals**   represented by   **Timothy Sini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary A. Cunha**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Maleson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYU Grossman School of Medicine**   represented by   **Timothy Sini**
*a division of New York University*   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary A. Cunha**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Maleson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| **States of New York, Massachusetts, AZ, CA, CO, CT, DE, IL, ME, MD, MI, MN, NV, NJ, NM, OR, RI, VT, VA, and WA, and DC** | represented by | **Mark Stephen Grube**<br>NYS Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212–416–8028<br>Fax: 212–416–8962<br>Email: Mark.Grube@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| **CITY OF NEW YORK**<br>*City of New York* | represented by | **Jamison Michael Isaac Davies**<br>New York City Law Department (100 Church)<br>100 Church Street<br>New York, NY 10007<br>212–356–1000<br>Fax: 212–356–2509<br>Email: jdavies@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2026 | 1 | COMPLAINT against Todd Blanche, NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals, U.S. Department of Justice. (Filing Fee $ 405.00, Receipt Number 49418)Document filed by Nicole Noe, Reed Roe, Carter Coe, Karl Koe, Jay Doe..(gp) (vf). (Entered: 06/02/2026) |
| 06/02/2026 | 2 | CIVIL COVER SHEET filed..(gp) (vf). (Entered: 06/02/2026) |
| 06/02/2026 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (gp) (Entered: 06/02/2026) |
| 06/02/2026 | | Case Designated ECF. (gp) (Entered: 06/02/2026) |
| 06/02/2026 | 3 | NOTICE OF APPEARANCE by Robert Andrew Hodgson on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Hodgson, Robert) (Entered: 06/02/2026) |
| 06/02/2026 | 4 | NOTICE OF APPEARANCE by Karen Loewy on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Loewy, Karen) (Entered: 06/02/2026) |
| 06/02/2026 | 5 | NOTICE OF APPEARANCE by Chase Strangio on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Strangio, Chase) (Entered: 06/02/2026) |
| 06/02/2026 | 6 | NOTICE OF APPEARANCE by Omar Gonzalez–Pagan on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 7 | LETTER addressed to Judge Jeannette A. Vargas from Omar Gonzalez–Pagan on behalf of Plaintiffs dated 06/02/2026 re: Rule 5.L Letter Regarding Application for |

| | | |
|---|---|---|
| | | Temporary Restraining Order. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | | ORDER GRANTING REDACTED COMPLAINT FILED IN 1:26–MC–256..(gp) (Entered: 06/02/2026) |
| 06/02/2026 | | **\*\*\*NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Gabriella Larios for noncompliance with Section 14.2 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E–MAIL the PDF for Document 1 Complaint, 2 Civil Cover Sheet to: caseopenings@nysd.uscourts.gov. (gp)** (Entered: 06/02/2026) |
| 06/02/2026 | 8 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Proposed Order Proposed Temporary Restraining Order and Provisional Class Certification).(Gonzalez–Pagan, Omar) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 06/02/2026) |
| 06/02/2026 | 9 | MEMORANDUM OF LAW in Support re: 8 Proposed Order to Show Cause With Emergency Relief, . Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 10 | DECLARATION of Caroline Coe in Support re: 9 Memorandum of Law in Support, 8 Proposed Order to Show Cause With Emergency Relief,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 11 | DECLARATION of Riley Roe in Support re: 9 Memorandum of Law in Support, 8 Proposed Order to Show Cause With Emergency Relief,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 12 | DECLARATION of Norman Noe in Support re: 9 Memorandum of Law in Support, 8 Proposed Order to Show Cause With Emergency Relief,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 13 | DECLARATION of Karl Koe in Support re: 9 Memorandum of Law in Support, 8 Proposed Order to Show Cause With Emergency Relief,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 14 | DECLARATION of Jay Doe in Support re: 9 Memorandum of Law in Support, 8 Proposed Order to Show Cause With Emergency Relief,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 15 | DECLARATION of Karen Loewy in Support re: 8 Proposed Order to Show Cause With Emergency Relief, 9 Memorandum of Law in Support. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Exhibit E – EO 1468, # 2 Exhibit F – EO 1487, # 3 Exhibit G – Civil Subpoena to Rhode Island Hospital, # 4 Exhibit H – Excerpts of Dist. of Rhode Island Hearing, # 5 Exhibit I – Texas AG 05–15–2026 Press Release, # 6 Exhibit J – DOJ 05–15–2026 Press Release).(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 16 | MOTION to Certify Class . Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Proposed Order Proposed Order for Class Certification).(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/02/2026 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION to Certify Class . . Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Affidavit Declaration of Omar Gonzalez–Pagan, # 2 Affidavit Declaration of Chase Strangio, # 3 Affidavit Declaration of Robert Hodgson).(Gonzalez–Pagan, Omar) (Entered: 06/02/2026) |
| 06/03/2026 | 18 | ORDER re: 16 MOTION to Certify Class . filed by Karl Koe, Nicole Noe, Reed Roe, Jay Doe, Carter Coe. The Court adopts the briefing schedule proposed at ECF No. 7. Defendants' opposition to Plaintiffs' motion for emergency relief and provisional class certification is due by Friday, June 5, 2026, at noon. Plaintiffs' Reply, if any, is due by |

| | | |
|---|---|---|
| | | Saturday, June 6, 2026. Counsel for all parties shall appear for a conference with the Court with respect to these motions on Wednesday, June 10, 2026, at 2:30 PM in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Additionally, the Court ORDERS the parties to meet and confer with respect to the following questions: as further set forth in this Order. By noon on June 9, 2026, the parties should submit a joint letter setting forth the parties' agreement on these questions, or, if no agreement is reached, their respective positions on each of these questions. The joint letter should address each of these questions separately, in subparts set forth under the reproduced question. ( Responses due by 6/5/2026, Replies due by 6/6/2026., Motion Hearing set for 6/10/2026 at 02:30 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 6/3/2026) (sgz) (Entered: 06/03/2026) |
| 06/03/2026 | 19 | SEALED DOCUMENT placed in vault..(jus) (Entered: 06/03/2026) |
| 06/03/2026 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 8 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form.(tp)** (Entered: 06/03/2026) |
| 06/04/2026 | 20 | NOTICE OF APPEARANCE by Anya Weinstock on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Weinstock, Anya) (Entered: 06/04/2026) |
| 06/04/2026 | 21 | JOINT LETTER MOTION for Extension of Time *and to Adjourn Court Conference Scheduled for June 10, 2026* addressed to Judge Jeannette A. Vargas from Omar Gonzalez–Pagan dated 06/04/2026. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/04/2026) |
| 06/04/2026 | 22 | MOTION for Nora Huppert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32949846. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Affidavit Affidavit of Nora Huppert, # 2 Proposed Order proposed order, # 3 Exhibit Certificate of Standing California, # 4 Exhibit Certificate of Standing Illinois).(Huppert, Nora) (Entered: 06/04/2026) |
| 06/04/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Nora Huppert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32949846. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/04/2026) |
| 06/04/2026 | 23 | ORDER granting 21 Letter Motion for Extension of Time. The Court adopts the proposed briefing schedule at page two of this motion with small adjustments noted below. The TRO hearing previously scheduled for June 10, 2026, at 2:30 p.m. is adjourned to June 22, 2026, at 2:30 p.m. Defendants' opposition to Plaintiffs' motion for emergency relief and provisional class certification is due by Monday, June 15, 2026, at noon. Plaintiffs' Reply, if any, is due by Thursday, June 18, 2026, at noon. The parties' joint letter, as described in EC No. 18. s all be submitted by June 18, 2026. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 6/4/2026) (ar) (Entered: 06/04/2026) |
| 06/04/2026 | 24 | MOTION for A.D. Sean Lewis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32950571. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Affidavit Affidavit of A.D. Sean Lewis, # 2 Proposed Order Proposed Order, # 3 Exhibit Certificate of Standing California).(Lewis, A.D.) (Entered: 06/04/2026) |
| 06/04/2026 | | Set/Reset Deadlines: (Responses due by 6/15/2026, Replies due by 6/18/2026.), Set/Reset Hearings: (Status Conference set for 6/22/2026 at 02:30 PM before Judge Jeannette A. Vargas.) (ar) (Entered: 06/04/2026) |
| 06/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for A.D. Sean Lewis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32950571. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (bc)** (Entered: 06/05/2026) |
| 06/05/2026 | 25 | ORDER FOR ADMISSION PRO HAC VICE granting 22 Motion for Nora Huppert to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice inn the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 6/5/2026) (sgz) Transmission to Attorney Services/Help Desk. (Entered: 06/05/2026) |
| 06/05/2026 | 26 | ORDER FOR ADMISSION PRO HAC VICE granting 24 Motion for A.D. Sean Lewis to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice inn theabove captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 6/5/2026) (sgz) Transmission to Attorney Services/Help Desk. (Entered: 06/05/2026) |
| 06/05/2026 | 27 | REQUEST FOR ISSUANCE OF SUMMONS as to Todd Blanche, U.S. Department of Justice, re: 1 Complaint,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Larios, Gabriella) (Entered: 06/05/2026) |
| 06/05/2026 | 28 | REQUEST FOR ISSUANCE OF SUMMONS as to NYU Langone Health System, NYU Langone Hospitals, NYU Grossman School of Medicine, re: 1 Complaint,. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe..(Larios, Gabriella) (Entered: 06/05/2026) |
| 06/08/2026 | 29 | NOTICE OF APPEARANCE by Nora Huppert on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Huppert, Nora) (Entered: 06/08/2026) |
| 06/08/2026 | 30 | NOTICE OF APPEARANCE by A.D. Sean Lewis on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Lewis, A.D.) (Entered: 06/08/2026) |
| 06/08/2026 | 31 | ELECTRONIC SUMMONS ISSUED as to NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(jgo) (Entered: 06/08/2026) |
| 06/08/2026 | 32 | ELECTRONIC SUMMONS ISSUED as to Todd Blanche, U.S. Department of Justice..(jgo) (Entered: 06/08/2026) |
| 06/09/2026 | 33 | Amicus Curiae APPEARANCE entered by Mark Stephen Grube on behalf of States of New York, Massachusetts, AZ, CA, CO, CT, DE, IL, ME, MD, MI, MN, NV, NJ, NM, OR, RI, VT, VA, and WA, and DC..(Grube, Mark) (Entered: 06/09/2026) |
| 06/09/2026 | 34 | MOTION for Leave to File Amicus Curiae Brief . Document filed by States of New York, Massachusetts, AZ, CA, CO, CT, DE, IL, ME, MD, MI, MN, NV, NJ, NM, OR, RI, VT, VA, and WA, and DC. (Attachments: # 1 Exhibit Memorandum in Support of Motion for Leave to File Amicus Curiae Brief, # 2 Exhibit Proposed Amicus Curiae Brief).(Grube, Mark) (Entered: 06/09/2026) |
| 06/10/2026 | 35 | MEMO ENDORSEMENT granting 34 Motion for Leave to File Document. ENDORSEMENT: "[D]istrict courts have broad inherent authority to permit or deny an appearance as amicus curiae in a case." Goldstein v. Hochul, No. 22–CV–08300 (VS B ), 2022 WL 22915988, at *l (S.D.N.Y. Oct. 19, 2022) (citation omitted). Because the states have established in their accompanying memorandum, ECF No. 34, Ex. 1, that they possess "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," id. (citation omitted), their motion for leave to file as aimici curiae in this matter is GRANTED.The Clerk of Court is directed to terminate ECF No. 34. (Signed by Judge Jeannette A. Vargas on 6/10/2026) (sgz) (Entered: 06/10/2026) |
| 06/11/2026 | 36 | BRIEF *of Amici Curiae*. Document filed by States of New York, Massachusetts, AZ, CA, CO, CT, DE, IL, ME, MD, MI, MN, NV, NJ, NM, OR, RI, VT, VA, and WA, and DC..(Grube, Mark) (Entered: 06/11/2026) |
| 06/12/2026 | 37 | CERTIFICATE OF SERVICE. Todd Blanche served on 6/10/2026, answer due 7/1/2026; U.S. Department of Justice served on 6/10/2026, answer due 7/1/2026. Service was made by Email, Mail. Document filed by Nicole Noe; Reed Roe; Carter Coe; Karl Koe; Jay Doe., SUMMONS RETURNED EXECUTED. Todd Blanche |

| | | |
|---|---|---|
| | | served on 6/10/2026, answer due 7/1/2026; U.S. Department of Justice served on 6/10/2026, answer due 7/1/2026. Service was made by Email, Mail. Document filed by Nicole Noe; Reed Roe; Carter Coe; Karl Koe; Jay Doe..(Larios, Gabriella) (Entered: 06/12/2026) |
| 06/12/2026 | 38 | CERTIFICATE OF SERVICE of Summons and Complaint,. NYU Langone Hospitals served on 6/12/2026, answer due 7/6/2026; NYU Langone Health System served on 6/12/2026, answer due 7/6/2026; NYU Grossman School of Medicine served on 6/12/2026, answer due 7/6/2026. Service was made by Email, Mail. Document filed by Nicole Noe; Reed Roe; Carter Coe; Karl Koe; Jay Doe., SUMMONS RETURNED EXECUTED Summons and Complaint, served. NYU Langone Hospitals served on 6/12/2026, answer due 7/6/2026; NYU Langone Health System served on 6/12/2026, answer due 7/6/2026; NYU Grossman School of Medicine served on 6/12/2026, answer due 7/6/2026. Service was made by Email, Mail. Document filed by Nicole Noe; Reed Roe; Carter Coe; Karl Koe; Jay Doe..(Gonzalez–Pagan, Omar) (Entered: 06/12/2026) |
| 06/12/2026 | 39 | Amicus Curiae APPEARANCE entered by Jamison Michael Isaac Davies on behalf of CITY OF NEW YORK..(Davies, Jamison) (Entered: 06/12/2026) |
| 06/12/2026 | 40 | FIRST MOTION to File Amicus Brief . Document filed by CITY OF NEW YORK. (Attachments: # 1 Exhibit Proposed Amicus Brief).(Davies, Jamison) (Entered: 06/12/2026) |
| 06/15/2026 | 41 | NOTICE OF APPEARANCE by Zachary A. Cunha on behalf of NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(Cunha, Zachary) (Entered: 06/15/2026) |
| 06/15/2026 | 42 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent New York University for NYU Grossman School of Medicine, NYU Langone Health System. Document filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(Cunha, Zachary) (Entered: 06/15/2026) |
| 06/15/2026 | 43 | MEMORANDUM OF LAW re: 8 Proposed Order to Show Cause With Emergency Relief, *NYU Defendants Memorandum In Response To Plaintiffs Motion For A Temporary Restraining Order*. Document filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(Cunha, Zachary) (Entered: 06/15/2026) |
| 06/15/2026 | 44 | NOTICE OF APPEARANCE by John Bailey on behalf of Todd Blanche, U.S. Department of Justice..(Bailey, John) (Entered: 06/15/2026) |
| 06/15/2026 | 45 | DECLARATION of Zachary A. Cunha re: 43 Memorandum of Law, . Document filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals. (Attachments: # 1 Exhibit A– Administrative Subpoena0).(Cunha, Zachary) (Entered: 06/15/2026) |
| 06/15/2026 | 46 | MEMORANDUM OF LAW in Opposition re: 16 MOTION to Certify Class . *& Motion for TRO*. Document filed by Todd Blanche, U.S. Department of Justice. (Attachments: # 1 Exhibit A – NYU NPP, # 2 Exhibit B – Sinai NPP).(Bailey, John) (Entered: 06/15/2026) |
| 06/16/2026 | 47 | ORDER granting 40 Letter Motion to File Amicus Brief. "[D]istrict courts have broad inherent authority to permit or deny an appearance as amicus curiae in a case." Goldstein v. Hochul, No. 22–CV–08300 (VSB), 2022 WL 22915988, at *I (S.D.N.Y. Oct. 19, 2022) (citation omitted). Because the City of New York has established in its accompanying memorandum that it possesses a "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," id. (citation omitted), its motion for leave to file as amicus curiae in this matter is GRANTED. The Clerk of Court is directed to terminate ECF No. 40. (Signed by Judge Jeannette A. Vargas on 6/15/2026) (rro) (Entered: 06/16/2026) |
| 06/16/2026 | 48 | FINAL BRIEF re: 47 Order on Motion to File Amicus Brief,,, . Document filed by CITY OF NEW YORK..(Davies, Jamison) (Entered: 06/16/2026) |
| 06/17/2026 | 49 | LETTER MOTION for Oral Argument *seeking permission for two of Plaintiffs' counsel to split argument at the TRO hearing scheduled for June 22, 2026,* addressed to Judge Jeannette A. Vargas from Robert Hodgson dated June 17, 2026. Document |

| | | |
|---|---|---|
| | | filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Hodgson, Robert) (Entered: 06/17/2026) |
| 06/17/2026 | 50 | ORDER granting 49 Letter Motion. Counsel for plaintiffs are permitted to split argument between two attorneys as outlined in their letter. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Vargas, Jeannette) (Entered: 06/17/2026) |
| 06/17/2026 | 51 | NOTICE OF APPEARANCE by Shana Knizhnik on behalf of Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Knizhnik, Shana) (Entered: 06/17/2026) |
| 06/18/2026 | 52 | REPLY MEMORANDUM OF LAW in Support re: 8 Proposed Order to Show Cause With Emergency Relief, *for a Temporary Restraining Order and Provisional Class Certification.* Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/18/2026) |
| 06/18/2026 | 53 | LETTER addressed to Judge Jeannette A. Vargas from JOINT LETTER dated June 18, 2026 re: JOINT LETTER PURSUANT TO ECF 18 AND ECF 23. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Hodgson, Robert) (Entered: 06/18/2026) |
| 06/18/2026 | 54 | NOTICE OF APPEARANCE by Sarah Welch on behalf of Todd Blanche, U.S. Department of Justice..(Welch, Sarah) (Entered: 06/18/2026) |
| 06/18/2026 | 55 | LETTER addressed to Judge Jeannette A. Vargas from Gabriella Larios dated 06/18/2026 re: Inquiry as to Remote Public Access to June 22 Hearing. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Larios, Gabriella) (Entered: 06/18/2026) |
| 06/18/2026 | 56 | NOTICE OF APPEARANCE by Luke Miller on behalf of Todd Blanche, U.S. Department of Justice..(Miller, Luke) (Entered: 06/18/2026) |
| 06/18/2026 | 57 | MEMO ENDORSEMENT on re: 55 Letter filed by Karl Koe, Nicole Noe, Reed Roe, Jay Doe, Carter Coe. ENDORSEMENT: While the Court recognizes the basis for Plaintiffs' request, there will not be a remote access line for this proceeding. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 6/18/2026) (ar) (Entered: 06/18/2026) |
| 06/19/2026 | 58 | NOTICE OF APPEARANCE by Timothy Sini on behalf of NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(Sini, Timothy) (Entered: 06/19/2026) |
| 06/21/2026 | 59 | ORDER. With the apologies of the Court, due to unforeseen circumstances, the TRO hearing scheduled for June 22, 2026, at 2:30 pm must be adjourned to another date. A new scheduling order will be entered shortly. (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (Vargas, Jeannette) (Entered: 06/21/2026) |
| 06/22/2026 | | NOTICE OF CASE REASSIGNMENT to Judge J. Paul Oetken. Judge Jeannette A. Vargas is no longer assigned to the case. (vba) (Entered: 06/22/2026) |
| 06/22/2026 | | NOTICE OF CASE REASSIGNMENT to Judge Katherine Polk Failla. Judge J. Paul Oetken is no longer assigned to the case. (vba) (Entered: 06/22/2026) |
| 06/22/2026 | 60 | LETTER addressed to Judge Katherine Polk Failla from Omar Gonzalez–Pagan on behalf of Plaintiffs dated 06/22/2026 re: pending proposed order to show cause for a temporary restraining order and provisional class certification. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/22/2026) |
| 06/22/2026 | | NOTICE of Hearing: This case has been assigned to this Court for all purposes. It is hereby ORDERED that counsel for all parties appear for a hearing on Plaintiffs' motion for emergency relief and provisional class certification, tomorrow, June 23, 2026, at 2:30 p.m., in Courtroom 618, 40 Foley SquareNew York, NY 10007. (Show Cause Hearing set for 6/23/2026 at 02:30 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) ***No PDF is attached to this entry. (tn) (Entered: 06/22/2026) |

| 06/22/2026 | 61 | MOTION for Lindsay R. Maleson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–33028067. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals. (Attachments: # 1 Affidavit of Lindsay R. Maleson in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A: Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Maleson, Lindsay) (Entered: 06/22/2026) |
|---|---|---|
| 06/22/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Lindsay R. Maleson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–33028067. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/22/2026) |
| 06/23/2026 | 62 | NOTICE OF APPEARANCE by Eugene O'Halloran on behalf of Todd Blanche, U.S. Department of Justice..(O'Halloran, Eugene) (Entered: 06/23/2026) |
| 06/23/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: TRO Hearing held on 6/23/2026. Attorneys Omar Gonzalez–Pagan, Chase Strangio, Robert Andrew Hodgson, and Shana Knizhinik, representing Plaintiffs present. Attorneys Luke Miller and Sarah Welch representing DOJ defendants present. Attorneys Zachary A. Cunha, Timothy Sini, and Lindsay Maleson, representing NYU Defendants present. The Court will issue its ruling tomorrow at 11:00 a.m. The oral decision will be held remotely. **A public audio–only line will be available at (855) 244–8681, access code 2315 780 7370. \*\*\*The recording and/or re–broadcasting of the conference is strictly prohibited\*\*\*. A link for the parties will be sent separately, before the conference.** (Court Reporter Martha Martin) (tn) (Entered: 06/23/2026) |
| 06/23/2026 | 63 | JOINT LETTER addressed to Judge Katherine Polk Failla from Omar Gonzalez–Pagan on behalf of all parties dated 06/23/2026 re: Updated Stipulation. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/23/2026) |
| 06/23/2026 | 64 | ORDER GRANTING ADMISSION PRO HAC VICE granting 61 Motion for Lindsay R. Maleson to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket entry 61. (Signed by Judge Katherine Polk Failla on 6/23/2026) (rro) Transmission to Attorney Services/Help Desk. (Entered: 06/24/2026) |
| 06/24/2026 | 65 | TEMPORARY RESTRAINING ORDER AND PROVISIONAL CLASS CERTIFICATION granting 16 Motion to Certify Class: Plaintiffs' Motion for Temporary Restraining Order and Provisional Class Certification are GRANTED as further set forth. Plaintiffs have sufficiently provisionally demonstrated that the proposed Class and NYU Subclass adhere to the Federal Rules of Civil Procedure, and such classes are hereby provisionally certified. DOJ Defendants, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are RESTRAINED and ENJOINED from: Seeking, receiving, using, retaining, or disseminating any identifying or sensitive health information of Plaintiffs and members of the Class through the Subpoenas at issue or substantially similar administrative or grand jury subpoenas as part of the U.S Department of Justices claimed investigations into health care offenses related to gender–affirming medical care. NYU Defendants, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are RESTRAINED and ENJOINED from: disclosing or producing any identifying or sensitive health information of Plaintiffs and members of the NYU Subclass to the DOJ Defendants in response to the Subpoena at issue or any substantially similar administrative or grand jury subpoenas as part of the U.S. Department of Justices claimed investigations into healthcare offenses related to gender–affirming medical care. The security requirement is hereby waived because Defendants will not suffer any costs from the preliminary injunction, plaintiffs are suing the government to vindicate constitutional rights, and imposing a security requirement would pose a hardship for Plaintiffs. (Signed by Judge Katherine Polk Failla on 6/24/2026) (tn) (Entered: 06/24/2026) |
| 06/24/2026 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Telephone Conference held on 6/24/2026. Attorneys Chase Strangio and Omar Gonzalez–Pagan representing Plaintiffs present. Attorneys Luke Miller and Sarah Welch representing DOJ defendants present. Attorneys Zachary A. Cunha, Timothy Sini, and Linday |

| | | |
|---|---|---|
| | | Maleson, representing NYU defendants present. For the reasons stated on the record, Plaintiff's motion for a temporary restraining order and provisional class certification is GRANTED. By end of day Friday, June 26, 2026, the parties shall file a joint status letter, including if appropriate, proposed discovery deadlines, further motion practice, or supplemental briefing deadlines. (Court Reporter Martha Martin) (tn) (Entered: 06/24/2026) |
| 06/26/2026 | 66 | JOINT LETTER addressed to Judge Katherine Polk Failla from Omar Gonzalez–Pagan on behalf of all parties dated 06/26/2026 re: Joint Status Letter per June 24, 2026 Court Order. Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe..(Gonzalez–Pagan, Omar) (Entered: 06/26/2026) |
| 06/30/2026 | 67 | MEMO ENDORSEMENT on re: 66 Letter, filed by Karl Koe, Nicole Noe, Reed Roe, Jay Doe, Carter Coe. ENDORSEMENT: The Court has received the parties' above–joint letter. The parties are hereby ORDERED to appear for a telephone conference regarding next steps on July 6, 2026, at 10:00 a.m. The dial–in information is as follows: At the scheduled time, the parties shall call (855) 244–8681 and enter access code 2315 780 7370. ( Telephone Conference set for 7/6/2026 at 10:00 AM before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 6/29/2026) (rro) (Entered: 06/30/2026) |
| 07/02/2026 | 68 | CONSENT LETTER MOTION for Extension of Time to File Answer *on behalf of the NYULH defendants to and including August 10, 2026* addressed to Judge Katherine Polk Failla from Zachary A. Cunha dated July 2, 2026. Document filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals..(Cunha, Zachary) (Entered: 07/02/2026) |
| 07/06/2026 | 69 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–33090934. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Affidavit Notarized Affidavit of Elizabeth Gill, # 2 Exhibit Certificate of Good Standing California, # 3 Proposed Order PHV Proposed Order).(Gill, Elizabeth) Modified on 7/6/2026 (bc). (Entered: 07/06/2026) |
| 07/06/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 69 MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–33090934. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong Judges initials and Name on all documents;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 07/06/2026) |
| 07/06/2026 | 70 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Affidavit Notarized Affidavit of Elizabeth Gill, # 2 Exhibit Certificate of Good Standing California, # 3 Proposed Order PHV Proposed Order).(Gill, Elizabeth) Modified on 7/6/2026 (bc). (Entered: 07/06/2026) |
| 07/06/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 70 MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong Judges initials in case numbers on all documents;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 07/06/2026) |
| 07/06/2026 | 71 | PRELIMINARY INJUNCTION ORDER AND EXTENSION OF PROVISIONAL CLASS CERTIFICATION: Upon a renewed review of the whole record, including the parties' submissions regarding Plaintiffs' Proposed Order to Show Cause for a Temporary Restraining Order and Provisional Class Certification and the parties' arguments during the hearing held on June 23, 2026, and having otherwise been fully advised, the Court finds, for all the reasons described on the record in its oral decision |

on June 24, 2026, there is good cause to GRANT the preliminary injunction and extend provisional class certification, and HEREBY ORDERS and ADJUDGES as follows: i. Plaintiffs' Motion for a Preliminary Injunction is GRANTED because Plaintiffs have demonstrated that they will suffer irreparable harm if the Court does not issue relief; that they are substantially likely to prevail on their claims that DOJ Defendants' actions demanding identifying and sensitive health information of Plaintiffs and the Class run afoul of constitutional protections for their informational privacy and against unreasonable searches and seizures; that NYU Defendants' compelled disclosure of Plaintiffs' and the NYU Subclass's identifying and sensitive health information should be enjoined to maintain the status quo and prevent irreparable harm; that the balance of equities and public interest tip in favor of a temporary restraining order; and that preliminary relief is an appropriate and necessary remedy. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). In addition, Plaintiffs have sufficiently demonstrated on a provisional basis that the proposed Class and NYU Subclass adhere to the Federal Rules of Civil Procedure, and such classes continue to be provisionally certified. ii. Preliminary relief is appropriate on a class−wide basis for the following Class and NYU Subclass: As further set forth herein. iii. DOJ Defendants, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are RESTRAINED and ENJOINED from: As further set forth herein. iv. NYU Defendants, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are RESTRAINED and ENJOINED from: As further set forth herein. v. It is further ORDERED that the security requirement is hereby waived because Defendants will not suffer any costs from the preliminary injunction, Plaintiffs are suing the Government to vindicate constitutional rights, and imposing a security requirement would pose a hardship for Plaintiffs. See Fed. R. Civ. P. 65(c); see also Pharm. Soc. of State of N.Y., Inc. v. N.Y. State Dep't of Soc. Servs., 50 F.3d 1168, 1174 (2d Cir. 1995); Widakuswara v. Lake, 773 F. Supp. 3d 46 (S.D.N.Y. 2025). In addition, the deadline for NYU Defendants to respond to Plaintiffs' Complaint is hereby ADJOURNED to August 10, 2026. The Clerk of Court is directed to terminate the pending motion at docket entry 68. SO ORDERED. In addition, the deadline for NYU Defendants to respond to Plaintiffs Complaint is hereby ADJOURNED to August 10, 2026.The Clerk of Court is directed to terminate the pending motion at docket entry 68.SO ORDERED. NYU Grossman School of Medicine answer due 8/10/2026; NYU Langone Health System answer due 8/10/2026; NYU Langone Hospitals answer due 8/10/2026., Motions terminated: 68 CONSENT LETTER MOTION for Extension of Time to File Answer *on behalf of the NYULH defendants to and including August 10, 2026* addressed to Judge Katherine Polk Failla from Zachary A. Cunha dated July 2, 2026. filed by NYU Grossman School of Medicine, NYU Langone Health System, NYU Langone Hospitals. (Signed by Judge Katherine Polk Failla on 7/6/2026) (jjc) (Entered: 07/06/2026)

| 07/08/2026 | 72 | MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Carter Coe, Jay Doe, Karl Koe, Nicole Noe, Reed Roe. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Affidavit Notarized Affidavit, # 3 Proposed Order Proposed Order).(Gill, Elizabeth) (Entered: 07/08/2026) |
| 07/08/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 72 MOTION for Elizabeth Olmsted Gill to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 07/08/2026) |
| 07/09/2026 | 73 | ORDER FOR ADMISSION PRO HAC VICE granting 72 Motion for Elizabeth Gill to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket entry 72. (Signed by Judge Katherine Polk Failla on 7/9/2026) (vfr) Transmission to Attorney Services/Help Desk. (Entered: 07/09/2026) |
| 07/09/2026 | 74 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF APPEAL from 71 Preliminary Injunction,,,,,,,,,,,,,,,, Set Deadlines,,,,,,,,,,,,,,,, Terminate Motions,,,,,,,,,,,,,,,. Document filed by Todd Blanche, U.S. Department of Justice. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(O'Halloran, Eugene) Modified on 7/10/2026 (nd). (Entered: 07/09/2026) |

| | | |
|---|---|---|
| 07/09/2026 | 75 | TRANSCRIPT of Proceedings re: conference held on 6/23/2026 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2026. Redacted Transcript Deadline set for 8/10/2026. Release of Transcript Restriction set for 10/7/2026..(Moya, Goretti) (Entered: 07/09/2026) |
| 07/09/2026 | 76 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 6/23/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 07/09/2026) |
| 07/09/2026 | 77 | TRANSCRIPT of Proceedings re: conference held on 6/24/2026 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2026. Redacted Transcript Deadline set for 8/10/2026. Release of Transcript Restriction set for 10/7/2026..(Moya, Goretti) (Entered: 07/09/2026) |
| 07/09/2026 | 78 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 6/24/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 07/09/2026) |
| 07/10/2026 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Eugene O'Halloran to RE–FILE Document No. 74 Notice of Appeal,.. The filing is deficient for the following reason(s): the appeal was not signed; the wrong event type was used to file the appeal. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd) (Entered: 07/10/2026) |
| 07/10/2026 | 79 | NOTICE OF INTERLOCUTORY APPEAL from 71 Preliminary Injunction,,,,,,,,,,,,,,,, Set Deadlines,,,,,,,,,,,,,,,, Terminate Motions,,,,,,,,,,,,,,,. Document filed by Todd Blanche, U.S. Department of Justice. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(O'Halloran, Eugene) (Entered: 07/10/2026) |
| 07/10/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 79 Notice of Interlocutory Appeal,..(nd) (Entered: 07/10/2026) |
| 07/10/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 79 Notice of Interlocutory Appeal, filed by U.S. Department of Justice, Todd Blanche were transmitted to the U.S. Court of Appeals..(nd) (Entered: 07/10/2026) |