## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Coe v. Blanche                                    Docket No.: 26 1886

Lead Counsel of Record (name/firm) or Pro se Party (name):
Omar Gonzalez Pagan, Lambda Legal Defense and Education Fund, Inc.

Appearance for (party/designation): Carter Coe, by and through his parent and next friend, Caroline Coe; Reed Roe, by and through his parent and next friend, Riley Roe; Nicole Noe, by and through her parent and next friend, Norman Noe; Karl Koe; and Jay Doe, each on behalf of themselves and all similarly situated,

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        <u>Party</u>                                    <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
05/15/2026 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Omar Gonzalez Pagan
Type or Print Name: Omar Gonzalez Pagan
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

*Coe v. Blanche*
No. 26-1886

**Attachment to Acknowledgement and Notice of Appearance Form
Docket Sheet Acknowledgment/Amendments**

**Corrected Caption:**

Carter Coe, by and through his parent and next friend Caroline Coe; Reed Roe, by and through his parent and next friend Riley Roe; Nicole Noe, by and through her parent and next friend Norman Noe; Karl Koe; and Jay Doe, each on behalf of themselves and all similarly situated,

        Plaintiffs - Appellees,

                v.

Todd Blanche, Acting United States Attorney General, in his official capacity; United States Department of Justice,

        Defendants - Appellants,

NYU Langone Health System; NYU Langone Hospitals; NYU Grossman School of Medicine, a division of New York University,

        Defendants.