## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coe v. Blanche _____ Docket No.: 26-1886 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Welch

Firm: U.S. Department of Justice

Address: 950 Pennsylvania Ave. NW

Telephone: (202) 514-3180 _____ Fax: _____

E-mail: sarah.e.welch@usdoj.gov

Appearance for: Appellants
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Benjamin H. Torrance )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Sarah Welch

Type or Print Name: Sarah Welch