## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coe v. Blanche _____ Docket No.: 26 1886 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Karen L. Loewy

Firm: Lambda Legal Defense and Education Fund, Inc.

Address: 815 16th Street NW, Suite 4140, Washington, DC 20006

Telephone: 202 804 6245 _____ Fax: _____

E-mail: kloewy@lambdalegal.org

Appearance for: Plaintiffs Appellees
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Omar Gonzalez Pagan/Lambda Legal, Chase Strangio/ACLU, Robert Hodgson/NYCLU )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on July 22, 2026 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Karen L. Loewy

Type or Print Name: Karen L. Loewy