## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coe v. Blanche _____ Docket No.: 26-1886 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chase Strangio

Firm: American Civil Liberties Union Foundation

Address: 125 Broad Street, 18th Fl., New York, NY 10004

Telephone: 212-549-2500 Fax: _____

E-mail: cstrangio@aclu.org

Appearance for: Plaintiffs-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lambda Legal, New York Civil Liberties Union (NYCLU) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Chase Strangio

Type or Print Name: Chase Strangio