### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coe v. Blanche _____ Docket No.: 26-1886 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Judith N. Vale

Firm: Office of the New York Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6274 _____ Fax: _____

E-mail: judith.vale@ag.ny.gov

Appearance for: States of New York, Massachusetts, see continued list in attached / amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: All Plaintiffs-Appellees _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 8/10/2023 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Judith N. Vale

Type or Print Name: Judith N. Vale

*Coe v. Blanche*, No. 26-1886

Appearance for: States of New York, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Virginia, Washington, and Wisconsin, and the District of Columbia

*Coe v. Blanche*, No. 26-1886