August 7, 2026

By Electronic Filing

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Coe v. Blanche*, No. 26-1886

Dear Ms. Wolfe:

  Pursuant to this Court's Local Rule 31.2(a), defendants-appellants respectfully request a deadline of August 21, 2026, for the filing of defendants-appellants' brief in the above-named appeal, and anticipate filing a brief in advance of that deadline. This date is less than 91 days after the ready date.

       Respectfully submitted,

       /s/ Sarah Welch
       Sarah Welch
       202-514-3180
       sarah.e.welch@usdoj.gov

cc: Counsel for plaintiffs-appellees (by electronic filing)