**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-six.

---

Carter Coe, by and through his parent and next friend Caroline Coe, Reed Roe, by and through his parents and next friend Riley Roe, Nicole Noe, by and through his parents and next friend Norman Noe, Karl Koe, on behalf of themselves and all similarly situated, Jay Doe, on behalf of themselves and all similarly situated,

Plaintiffs - Appellees,

v.

Todd Blanche, United States Attorney General, in his official capacity, United States Department of Justice,

Defendants - Appellants,

NYU Langone Health System, NYU Langone Hospitals, NYU Grossman School of Medicine, a division of New York University,

Defendants.

---

**ORDER**
Docket No. 26-1886

Counsel for Appellants Todd Blanche and United States Department of Justice has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 21, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants’ brief and appendix must be filed on or before August 21, 2026. The appeal is dismissed effective August 21, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

