**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 12, 2026
Docket #: 26-1886
Short Title: Coe v. Blanche

DC Docket #: 1:26-cv-4641
DC Court: SDNY (NEW YORK CITY)
DC Judge: Katherine P. Failla

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, August 25, 2026.

Inquiries regarding this case may be directed to 212-857-8595.