LAMBDA LEGAL

September 4, 2026

**VIA ACMS**

The Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Coe, et al. v. Blanche, et al.*, No. 26-1886

Dear Ms. Wolfe,

Pursuant to Second Circuit Rule 31.2(a)(1)(B), Plaintiffs-Appellees hereby request a deadline of November 20, 2026, for their Answering Brief in the above-referenced matter. This date is 91 days after the filing of Defendants-Appellants' Opening Brief, which was filed on August 21, 2026.

Sincerely,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**Lambda Legal Defense**
**and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs-Appellees*

cc: All Counsel of Record (via ECF)