**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-six.

---

Carter Coe, by and through his parent and next friend Caroline Coe, Reed Roe, by and through his parents and next friend Riley Roe, Nicole Noe, by and through his parents and next friend Norman Noe, Karl Koe, on behalf of themselves and all similarly situated, Jay Doe, on behalf of themselves and all similarly situated,

Plaintiffs - Appellees,

v.

Todd Blanche, United States Attorney General, in his official capacity, United States Department of Justice,

Defendants - Appellants,

NYU Langone Health System, NYU Langone Hospitals, NYU Grossman School of Medicine, a division of New York University,

Defendants.

---

**ORDER**
Docket No. 26-1886

Counsel for Appellees Carter Coe, Jay Doe, Karl Koe, Nicole Noe and Reed Roe has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 20, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellees’ brief must be filed on or before November 20, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court