# No. 26-1886

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Carter Coe, by and through his parent and next friend Caroline Coe; Reed Roe, by and through his parent and next friend Riley Roe; Nicole Noe, by and through her parent and next friend Norman Noe; Karl Koe, on behalf of themselves and all similarly situated; and Jay Doe, on behalf of themselves and all similarly situated,

*Plaintiffs-Appellees*,

v.

Todd Blanche, United States Attorney General, in his official capacity; United States Department of Justice,

*Defendants-Appellants*,

NYU Langone Health System; NYU Langone Hospitals; NYU Grossman School of Medicine, a division of New York University,

*Defendants*.

On Appeal from the United States District Court
for the Southern District of New York

**UNOPPOSED MOTION OF AMERICAN ACADEMY OF PEDIATRICS, ENDOCRINE SOCIETY, AND WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH FOR TWO-DAY EXTENSION OF TIME IN WHICH TO FILE AMICUS BRIEF**

D. Jean Veta
Jeffrey E. Sandberg
Paul Killebrew
Max M. Larson
Carter M. McCants
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Phone: (202) 662-6000

*Counsel for Amici Movants*

The American Academy of Pediatrics, the Endocrine Society, and the World Professional Association for Transgender Health (collectively, the "Amici Movants") respectfully move for a two-day extension of time in which to file an amicus brief in support of plaintiffs-appellees, on behalf of themselves and a coalition of other professional medical and mental-health organizations representing thousands of health care providers across the United States. The parties to this appeal do not oppose this request. In support of their request, the Amici Movants state as follows:

1. This is an appeal taken by Todd Blanche, in his official capacity as the Attorney General of the United States, and the United States Department of Justice (collectively, "DOJ"), from a preliminary injunction entered by the United States District Court for the Southern District of New York (Failla, *J.*) on July 6, 2026. That injunction currently prevents DOJ from "[s]eeking, receiving, using, retaining, or disseminating any identifying or sensitive health information of Plaintiffs and members of the Class" through subpoenas issued "as part of [DOJ's] claimed investigations into health care offenses related to gender-affirming medical care." Joint Appendix ("J.A.") 217–18.[1]

[1] The district court's order also enjoined three defendants associated with the NYU Langone Health System. J.A. 218. Those defendants have not appealed that injunction and have not participated as parties in this appeal.

2. After filing its notice of appeal, DOJ filed a motion to stay the preliminary injunction pending its appeal in this Court. This Court denied that motion by order dated August 26, 2026.

3. While DOJ's stay motion was pending, the Amici Movants—together with 15 other organizations—filed a coalition amicus brief in support of plaintiffs-appellees' opposition to DOJ's motion to stay. The Amici Movants' amicus brief was filed on August 3, 2026.

4. The Amici Movants now seek to file a corresponding amicus brief in support of plaintiffs-appellees at the merits stage.

5. DOJ filed its corrected opening brief in this Court on August 25, 2026. Plaintiffs-appellees filed their response brief on November 20, 2026.

6. Pursuant to Federal Rules of Appellate Procedure 26(a)(1) and 29(a)(6), any amicus brief in support of plaintiffs-appellees would ordinarily be due no later than seven days after the filing of plaintiffs-appellees' response brief, on Friday, November 27, 2026. Because this Court is closed that day, however, the filing deadline is extended to Monday, November 30, 2026.[2]

[2] By order dated January 28, 2026, this Court declared that Friday, November 27, 2026, "will be observed as a holiday by this Court." Federal Rule of Appellate Procedure 26(a)(3) provides that "[u]nless the court orders otherwise, if the clerk's office is inaccessible: (A) on the last day for filing under Rule 26(a)(1), then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday." Because the Clerk's Office is closed
(continued…)

7. The Amici Movants respectfully request a two-day extension of time, to and including Wednesday, December 2, 2026, in which to file their amicus brief in support of plaintiffs-appellees.

8. The Amici Movants have sought the positions of all parties to this appeal (DOJ and plaintiffs-appellees). Both DOJ and plaintiffs-appellees have indicated that they do not oppose the relief requested by this motion and do not intend to file any response.

9. In appropriate cases, both in this Court and elsewhere, the Amici Movants have joined together with other national medical and mental-health organizations to file a single coalition amicus brief on matters of common interest. In order to participate as amicus for any filing, however, each organization must affirmatively indicate that it wishes to join as a signatory, including (as here) for successive filings in cases in which the organization has already participated as amicus at an earlier stage of litigation.

---

on Friday, November 27, 2026, and because the Court has not "order[ed] otherwise," Fed. R. App. P. 26(a)(3)(A), the deadline for any amicus brief is extended to November 30. *Accord Circuitronix, LLC v. Kinwong Elec. (H.K.) Co.*, 993 F.3d 1299, 1303–04 (11th Cir. 2021) (concluding under corresponding district-court rule that "the closure of the clerk's office renders the office inaccessible and tolls the filing deadline," notwithstanding the availability of electronic filing). In the event this Court considers November 27, 2026, to be the current deadline for filing an amicus brief in support of plaintiffs-appellees, the Amici Movants respectfully request a five-day extension, *i.e.*, to and including December 2, 2026.

10. Certain organizational leaders responsible for reviewing and approving the coalition amicus brief will be unavailable during portions of the period preceding December 2, 2026, due to the Thanksgiving holiday, associated travel, and office closures.

11. The requested extension is necessary to ensure adequate time for each amicus organization to review and approve the coalition brief. The Amici Movants have not previously sought any extension of time to file an amicus brief in this matter.

## CONCLUSION

For the foregoing reasons, the Amici Movants respectfully request an extension of time, to and including Wednesday, December 2, 2026, in which to file their amicus brief in support of plaintiffs-appellees.

Respectfully submitted,

/s/ Jeffrey E. Sandberg
D. Jean Veta
Jeffrey E. Sandberg
Paul Killebrew
Max M. Larson
Carter M. McCants
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Phone: (202) 662-6000
jveta@cov.com
jsandberg@cov.com
pkillebrew@cov.com
mlarson@cov.com
cmccants@cov.com

*Counsel for Amici Movants*
*American Academy of Pediatrics, et al.*

DATED: November 23, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 843 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Calisto MT 14-point font, a proportionally spaced typeface.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Amici Movants*
*American Academy of Pediatrics, et al.*

DATED: November 23, 2026

## CERTIFICATE OF FILING AND SERVICE

I, Jeffrey E. Sandberg, hereby certify that on November 23, 2026, I caused the foregoing motion to be filed with the Clerk of Court for the U.S. Court of Appeals for the Second Circuit by using ACMS, which will cause a copy of the foregoing to be served on all counsel who have entered an appearance in this appeal.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Amici Movants*
*American Academy of Pediatrics, et al.*

DATED: November 23, 2026